IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY MARTINEZ,

    Plaintiff,

vs.                                        1:17-cv-01174-RB-LF

NEW MEXICO OFFICE OF
THE STATE AUDITOR,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on January 10, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 9), filed on January 5, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 11), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge